| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Ave., Suite 406, Westmont, NJ 08018<br>215-627-1322, dcarlon@kmllawgroup.com<br>Attorneys for Bank of New York Mellon fka Bank of New York solely as Trustee for Certifcateholders of the CWABS, Inc. Asset Backed Certificates 2006-11 | Order Filed on March 15, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Darryl B. Monticello,<br><br>Debtor. | Case No.:  __16-25565-KCF__<br><br>Chapter:  __13__<br><br>Judge:  __Ferguson__ |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 15, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on   December 19, 2016   :

Property:     419 Arbutus Drive, Point Pleasant NJ, 08742

Creditor:     Bank of New York Mellon, et al. (servicer: Bank of America)

and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by    Secured Creditor   , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective           March 15, 2017          .

*Revised 9/19/13*