UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Capone and Keefe, PC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
#732-528-1166

Order Filed on April 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Darryl Monticello

Case Number:  16-25565

Hearing Date:

Judge:  Kathryn C. Ferguson

Chapter:  13

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE
# PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: April 3, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as _____419 Arbutus Drive, Pt. Pleasant, NJ 08742_____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. _____Beaton Brothers Flooring, Co._____

2. _____

3. _____

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*