Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−25565−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Darryl B. Monticello
    dba Cello Builders Inc.
    419 Arbutus Dr
    Point Pleasant Beach, NJ 08742−3102

Social Security No.:
    xxx−xx−5989

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 27, 2016.

On 8/3/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:            September 13, 2017
Time:            10:00 AM
Location:        Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 4, 2017
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-25565-KCF
Darryl B. Monticello                                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 04, 2017
                              Form ID: 185             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
```
db              Darryl B. Monticello,    419 Arbutus Dr,    Point Pleasant Beach, NJ 08742-3102
516368592      +302-304 Hawthorne Avenue, LLC,    c/o Kathleen R. Wall, Esq.,    2640 Highway 70, Suite 9A,
                 PO Box A,    Manasquan, NJ 08736-0631
516339019       Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
516339020       Beaton Brothers Flooring Co.,    c/o Donna Thompson, Esq.,    469 Herbertsville Rd,
                 Brick, NJ 08724-1309
516339021       Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516410722       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516339022       First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
516339023       Four Seasons Insulation Corp.,    260 E Main St,    Tuckerton, NJ 08087-2600
516339024       Kathleen Wall, Esq.,    PO Box A,    Manasquan, NJ 08736-0631
516339025       Pluese, Becker & Saltzman,    2000 Horizon Way Ste 900,    Mount Laurel, NJ 08054-4303
516339026       Point Pleasant Beach Borough,    416 New Jersey Ave,    Point Pleasant Beach, NJ 08742-3330
516519664       THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
516339027       US Bank Cust for PC5 Sterling,    50 S 16th St Ste 2050,    Philadelphia, PA 19102-2516
516339028       Wells Fargo Bank Card,    PO Box 10438,    Des Moines, IA 50306-0438
516548005       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2017 22:56:20      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2017 22:56:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2017 22:55:00      Ally Capital,
                 serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
cr              E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2017 22:55:00      Ally Servicing LLC,
                 P.O. Box 130424,    Roseville, MN 55113-0004
516428483       E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2017 22:55:00      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
516339018       E-mail/Text: ally@ebn.phinsolutions.com Aug 04 2017 22:55:00      Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
516514792      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 04 2017 22:56:30      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                                TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2017 at the address(es) listed below:
```
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               SOLELY AS TRUSTEE HEREUNDER AND NOT IN ITS INDIVIDUAL CAPACITY FOR THE BENEFIT OF THE
               CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICAT dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Servicing LLC ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 04, 2017
                              Form ID: 185             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Marc C. Capone    on behalf of Debtor Darryl B. Monticello mcapone@caponeandkeefe.com, docs@caponeandkeefe.com

        TOTAL: 5