MCC4795
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR



Order Filed on November 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:  Chapter **13**

**Darryl B. Monticello**  Case No.: **16-25565 (KCF)**

Hearing Date:

## ORDER AUTHORIZING TRIAL LOAN MODIFICATION ON DEBTOR'S REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 17, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):   **Darryl B. Monticello**
Case No.:    **16-25565 (KCF)**
Caption of Order:   **Order Authorizing Trial Loan Modification of Debtor's Real Property**

THIS MATTER having come before the Court on the debtor's Application to Approve Trial Loan Modification, and the Court having considered the debtor's application and any opposition thereto, and good and sufficient cause appearing there from for the entry of this order, it is hereby

**ORDERED** that the debtor(s) be and hereby are allowed to modify the mortgage on real property located at 419 Arbutus Drive, Point Pleasant, New Jersey pursuant to the terms outlined in the debtor's certification in support of the application; and it is further

**ORDERED** that the debtor shall:
\_\_\_    Satisfy all Plan obligation from financing proceeds
_X_    Continue to make payments under the Plan as proposed or confirmed
\_\_\_    Modify the Plan as follows:

**ORDERED** that debtor's counsel shall be allowed a legal fee of **$500.00** for representation in connection with this motion, which is to be paid (choose one):

\_\_\_    at closing       _X_   through the plan       \_\_\_   outside the plan;

**ORDERED** that Fed. R. Bankr. P. 6004(h), which provides for a 14-day stay of this order,

\_\_\_    is applicable       _X_   is not applicable

**ORDERED** that the following other provisions apply: **N/A**