Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−25565−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darryl B. Monticello
   dba Cello Builders Inc.
   419 Arbutus Dr
   Point Pleasant Beach, NJ 08742−3102

Social Security No.:
   xxx−xx−5989

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 18, 2017.

On 2/6/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:              March 28, 2018
Time:              10:00 AM
Location:          Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 8, 2018
JAN: gan

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 16-25565-KCF
Darryl B. Monticello                                         Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Feb 08, 2018
                              Form ID: 185                Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2018.
db             Darryl B. Monticello,    419 Arbutus Dr,    Point Pleasant Beach, NJ 08742-3102
516368592     +302-304 Hawthorne Avenue, LLC,    c/o Kathleen R. Wall, Esq.,    2640 Highway 70, Suite 9A,
                PO Box A,    Manasquan, NJ 08736-0631
516339019      Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
516339020      Beaton Brothers Flooring Co.,    c/o Donna Thompson, Esq.,    469 Herbertsville Rd,
                Brick, NJ 08724-1309
516339021      Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
516410722      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516339022      First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
516339023      Four Seasons Insulation Corp.,    260 E Main St,    Tuckerton, NJ 08087-2600
516339024      Kathleen Wall, Esq.,    PO Box A,    Manasquan, NJ 08736-0631
516339025      Pluese, Becker & Saltzman,    2000 Horizon Way Ste 900,    Mount Laurel, NJ 08054-4303
516339026      Point Pleasant Beach Borough,    416 New Jersey Ave,    Point Pleasant Beach, NJ 08742-3330
516519664      THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     Bank of America,    PO Box 31785,
                Tampa, FL 33631-3785
517063022     +The Bank of New York Mellon,    P.O. Box 65450, Salt Lake City, UT 84165,
                The Bank of New York Mellon,    P.O. Box 65450, Salt Lake City, UT 84165-0450
517063021      The Bank of New York Mellon,    P.O. Box 65450, Salt Lake City, UT 84165
516339027      US Bank Cust for PC5 Sterling,    50 S 16th St Ste 2050,    Philadelphia, PA 19102-2516
516339028      Wells Fargo Bank Card,    PO Box 10438,    Des Moines, IA 50306-0438
516548005      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 08 2018 22:27:00      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 08 2018 22:26:57      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             E-mail/Text: ally@ebn.phinsolutions.com Feb 08 2018 22:26:26      Ally Capital,
                serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
cr             E-mail/Text: ally@ebn.phinsolutions.com Feb 08 2018 22:26:26      Ally Servicing LLC,
                P.O. Box 130424,    Roseville, MN 55113-0004
516428483      E-mail/Text: ally@ebn.phinsolutions.com Feb 08 2018 22:26:26      Ally Capital,   PO Box 130424,
                Roseville MN 55113-0004
516339018      E-mail/Text: ally@ebn.phinsolutions.com Feb 08 2018 22:26:26      Ally Financial,
                PO Box 380901,    Bloomington, MN 55438-0901
516514792     +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 08 2018 22:27:10      Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               SOLELY AS TRUSTEE HEREUNDER AND NOT IN ITS INDIVIDUAL CAPACITY FOR THE BENEFIT OF THE
               CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICAT dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Feb 08, 2018
                              Form ID: 185               Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      John R. Morton, Jr.    on behalf of Creditor    Ally Servicing LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Marc C. Capone    on behalf of Debtor Darryl B. Monticello mcapone@caponeandkeefe.com, docs@caponeandkeefe.com
      Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SOLELY AS TRUSTEE HEREUNDER AND NOT IN ITS INDIVIDUAL CAPACITY FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICAT rsolarz@kmllawgroup.com
                                                                  TOTAL: 6