CAPONE & KEEFE, P.C.
60 Highway 71
Spring Lake Heights, N.J. 07762
(732) 528-1166
Attorney for the Debtors

Order Filed on March 1, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE

**Darryl B. Monticello**         :         UNITED STATES BANKRUPTCY COURT
                                          DISTRICT OF NEW JERSEY
    Debtor(s)                :
                                          CHAPTER 13

                                :         CASE NO. **16-25565 (KCF)**

                                          Hearing Date:


**ORDER TO EXPUNGE PROOF OF CLAIM
OF 302-304 HAWTHORNE AVENUE, LLC**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.


**DATED: March 1, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):   **Darryl Monticello**
Case No.:    **16-25565 (KCF)**
Caption of Order: **Order to Expunge Proof of Claim 302-304 Hawthorne Avenue, LLC**

Upon consideration of the Motion filed by, Darryl Monticello, through his attorney, Marc C. Capone seeking entry of an Order to Expunge Proof of Claim of 302-304 Hawthorne Avenue, LLC, and the Court having considered the moving papers and all objections, if any, as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the claims set forth below are hereby expunged:

Claim No.: 1            302-304 Hawthorne Avenue, LLC            $10,618.20

.