CAPONE & KEEFE, P.C.
60 Highway 71
Spring Lake Heights, N.J. 07762
(732) 528-1166
Attorney for the Debtors

**Order Filed on March 1, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE

**Darryl B. Monticello**                  :        UNITED STATES BANKRUPTCY COURT
                                                    DISTRICT OF NEW JERSEY
    Debtor(s)                         :
                                                    CHAPTER 13

                                          :        CASE NO. **16-25565 (KCF)**

                    Hearing Date:


### ORDER TO EXPUNGE PROOF OF CLAIM
### OF 302-304 HAWTHORNE AVENUE, LLC

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.


**DATED: March 1, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):   **Darryl Monticello**
Case No.:   **16-25565 (KCF)**
Caption of Order: **Order to Expunge Proof of Claim 302-304 Hawthorne Avenue, LLC**

Upon consideration of the Motion filed by, Darryl Monticello, through his attorney, Marc C. Capone seeking entry of an Order to Expunge Proof of Claim of 302-304 Hawthorne Avenue, LLC, and the Court having considered the moving papers and all objections, if any, as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the claims set forth below are hereby expunged:

Claim No.: 1          302-304 Hawthorne Avenue, LLC          $10,618.20

.

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 16-25565-KCF
Darryl B. Monticello　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Mar 01, 2018
　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2018.
db　　　　　　Darryl B. Monticello,　　419 Arbutus Dr,　　Point Pleasant Beach, NJ  08742-3102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:
　　　　　Albert　Russo　　docs@russotrustee.com
　　　　　Denise E. Carlon　　on behalf of Creditor　　THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SOLELY AS TRUSTEE HEREUNDER AND NOT IN ITS INDIVIDUAL CAPACITY FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICAT dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　　John R. Morton, Jr.　　on behalf of Creditor　　Ally Servicing LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
　　　　　John R. Morton, Jr.　　on behalf of Creditor　　Ally Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
　　　　　Marc C. Capone　　on behalf of Debtor Darryl B. Monticello mcapone@caponeandkeefe.com, docs@caponeandkeefe.com
　　　　　Rebecca Ann Solarz　　on behalf of Creditor　　THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SOLELY AS TRUSTEE HEREUNDER AND NOT IN ITS INDIVIDUAL CAPACITY FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICAT rsolarz@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6