Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−25565−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darryl B. Monticello
   dba Cello Builders Inc.
   419 Arbutus Dr
   Point Pleasant Beach, NJ 08742−3102

Social Security No.:
   xxx−xx−5989

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/8/18 at 09:00 AM

to consider and act upon the following:

*86* − Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: 2012 Honda Odyssey. Fee Amount $ 181. filed by Creditor Ally Servicing LLC, Motion for Relief from Co−Debtor Stay of Kristine Monticello) filed by John R. Morton Jr. on behalf of Ally Financial. Objection deadline is 08/1/2018. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

Dated: 7/30/18

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court