Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−25565−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darryl B. Monticello
   dba Cello Builders Inc.
   419 Arbutus Dr
   Point Pleasant Beach, NJ 08742−3102

Social Security No.:
   xxx−xx−5989

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/23/19 at 09:00 AM

to consider and act upon the following:

*101* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 12/27/2018. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 12/28/18

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court