Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−25565−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Darryl B. Monticello
dba Cello Builders Inc.
419 Arbutus Dr
Point Pleasant Beach, NJ 08742−3102

Social Security No.:
xxx−xx−5989

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/26/19 at 09:00 AM

to consider and act upon the following:

*112* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 5/29/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)


Dated: 5/30/19

                                                                              Jeanne Naughton
                                                                              Clerk, U.S. Bankruptcy Court