UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Borough of Point Pleasant Beach
416 New Jersey Avenue
Point Pleasant Beach, NJ 08742
732-892-0435

| | |
|---|---|
| In Re:<br>Darryl B. Monticello<br>Dba Cello Builders Inc. | Case No.: 16-25565-KCF<br>Chapter: 13<br>Hearing Date: July 23, 2019<br>Judge: Kaplan |

## NOTICE OF MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

Borough of Point Pleasant Beach has filed papers with the court requesting relief from the automatic stay in order to initiate or resume an action in the state court of New Jersey to take lawful action to collect the debt, including but not limited to, the placement of a lien against the debtor's real property located at:

419 Arbutus Avenue
Point Pleasant Beach, NJ 08742-3102

and to begin lawful foreclosure proceedings.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

    Hearing Date:    July 23, 2019

    Hearing Time:    9:00 a.m.

    Hearing Location:    402 East State Street
    Trenton, N.J. 08608

    Courtroom Number:    #8

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853


Sean D. Gertner, Esq.
Gertner & Gertner, LLC
PO Box 1149
Jackson, NJ 08527


If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 6-26-19

Sean D. Gertner, Esq.
Attorney for Creditor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Borough of Point Pleasant Beach
416 New Jersey Avenue
Point Pleasant Beach, NJ 08742
732-892-0435

In Re:

Darryl B. Monticello
dba Cello Builders Inc.

| | |
|---|---|
| Case No.: | 16-25565-KCF |
| Chapter: | 13 |
| Hearing Date: | July 23, 2019 |
| Judge: | Kaplan |

## CERTIFICATION OF ATTORNEY FOR CREDITOR IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Sean D. Gertner, Esq., attorney for the Creditor, Borough of Point Pleasant Beach, in the above captioned case, submit this Certification in support of the Motion for Relief from the Automatic Stay filed on June 27, 2019.

1. I am fully familiar with the debtor's payment history because I am the attorney for the Creditor, Borough of Point Pleasant Beach.

2. The property is located at: 419 Arbutus Avenue, Point Pleasant Beach, NJ 08742-3102

3. The debtor filed for bankruptcy on August 11, 2016.

Case 16-25565-KCF    Doc 120    Filed 06/27/19    Entered 06/27/19 09:30:15    Desc Main
Document    Page 3 of 19

Pleasant Beach, to initiate or resume an action in the state court of New Jersey to take lawful action to collect the debt, including but not limited to, the placement of a lien against the debtor's real property located at 1501 Bel Aire Court West, Point Pleasant, NJ 08742 and to begin lawful foreclosure proceedings.

5. The debtor's post-petition outstanding payments are as follows:

|  | **Principal Balance Due** |
|---|---|
| 1 Sewer Charge | $827.29, as of 4/16/2019 |
| 2 Water Charge | $676.68, as of 4/16/2019 |

6. Post-petition, the debtor owes $1,503.97, plus interest, for a total of $1,957.32 (See proof of claim attached as **Exhibit A,** Amortization Schedule attached as **Exhibit B**, and Transaction listing attached as **Exhibit C**), as of April 16, 2019, which represents past due water and sewer charges.

7. The debtor's failure to pay these charges post-petition is cause for relief from the automatic stay.

8. Through this motion, I request relief from the automatic stay so I may initiate or continue an action in the state court to remove debtor from the rented premises.

I certify under penalty of perjury that the above is true.

Date: 6-26-19

Sean D. Gertner, Esq.
Attorney for Creditor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Borough of Point Pleasant Beach
416 New Jersey Avenue
Point Pleasant Beach, NJ 08742
732-892-0435

In Re:

Darryl B. Monticello

dba Cello Builders Inc.

Case No.:       16-25565-KCF

Chapter:        13

Hearing Date:   July 23, 2019

Judge:          Kaplan

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: 6-26-19

Sean D. Gertner, Esq.
Attorney for Creditor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Borough of Point Pleasant Beach
416 New Jersey Avenue
Point Pleasant Beach, NJ 08742
732-892-0435

In Re:

Darryl B. Monticello
dba Cello Builders Inc.

Case No.: 16-25565-KCF

Chapter: 13

Hearing Date: July 23, 2019

Judge: Kaplan

## CERTIFICATION OF SERVICE

I, Melissa Roth, am assistant to Sean D. Gertner, Esq., who represents Borough of Point Pleasant Beach, the Creditor in this matter.

1. On June 27, 2019 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   ☒ Notice of Motion for Relief from the Automatic Stay

   ☒ Certification of Attorney for Creditor in Support of Motion for Relief from the Automatic Stay

   ☒ Statement as to Why No Brief is Necessary

   ☒ Proposed Order Granting Motion for Relief from the Stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6-27-19

Melissa Roth

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Darryl B. Monticello<br>dba Cello Builders Inc.<br>419 Arbutus Avenue<br>Point Pleasant Beach, NJ 08742-3102 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Borough of Point Pleasant Beach
416 New Jersey Avenue
Point Pleasant Beach, NJ 08742
732-892-0435

In Re:

Darryl B. Monticello

dba Cello Builders Inc.

Case No.: 16-25565-KCF

Chapter: 13

Hearing Date: July 23, 2019

Judge: Kaplan

## ORDER GRANTING MOTION FOR RELIEF FROM THE STAY

The relief set forth on the following page is **ORDERED**.

The Court having reviewed the movant's Motion for Relief from the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is vacated to permit the Creditor to initiate or resume an action in the state court of New Jersey to take lawful action to collect the debt, including but not limited to, the placement of a lien against the debtor's real property located at 1501 Bel Aire Court West, Point Pleasant, NJ 08742 and to begin lawful foreclosure proceedings.

2. The attorney for the Creditor shall serve a copy of this order on the debtor, debtor's attorney, if any, the Office of the U. S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.

HONORABLE JUDGE MICHAEL B. KAPLAN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1: Darryl B. Monticello

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of New Jersey

Case number: 16-25565-KCF

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Darryl B. Monticello
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: Cello Builders

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Pt Pleasant Beach Water Department
Name
416 New Jersey Ave
Number    Street
Point Pleasant Beach    NJ    08742
City    State    ZIP Code

Contact phone 732-892-7755
Contact email jcoyne@pointbeach.org

Where should payments to the creditor be sent? (if different)

Name: _____
Number    Street
City    State    ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/_____
                                                                      MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1

**Part 2:  Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☒ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim?  $ _____1,957.32_____. Does this amount include interest or other charges?
   ☐ No
   ☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   water sewer charges

9. Is all or part of the claim secured?
   ☒ No
   ☐ Yes. The claim is secured by a lien on property.

   Nature of property:
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   Basis for perfection: _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:  $ _____
   Amount of the claim that is secured:  $ _____

   Amount of the claim that is unsecured:  $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:  $ _____

   Annual Interest Rate (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.  $ _____

11. Is this claim subject to a right of setoff?
    ☒ No
    ☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No
☒ Yes. Check one:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 1,957.32 |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  09/20/2016
                  MM / DD / YYYY

*/s/ Jennifer Coyne*
Signature

Print the name of the person who is completing and signing this claim:

| | | |
|---|---|---|
| Name | Jennifer | Coyne |
| | First name   Middle name | Last name |
| Title | Tax Collector | |
| Company | The Borough of Point Pleasant Beach | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | 416 New Jersey Ave | |
| | Number   Street | |
| | Point Pleasant Beach | NJ   08742 |
| | City | State   ZIP Code |
| Contact phone | 732-892-0435 | Email  jcoyne@pointbeach.org |

September 12, 2016  
10:20 AM  

**POINT PLEASANT BEACH BOROUGH**  
Special Charges Amortization Schedule  

Page No: 1

Account Id: 2543  Balance Type: Water  
Loan Date: 11/01/16  Loan Amount: 1,503.97  
Interest Rate: 18.00  Name: MONTICELLO, DARRYL B & KRISTINE  Property Location: 419 ARBUTUS AVE.  
Pay Frequency: Monthly  Address: 419 ARBUTUS AVE  Block/Lot/Qual: 162.   16.  
PT PLEASANT BCH NJ 08742

| Install # | Due Date | Payment Amount | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|
| 1 | 11/01/16 | 54.37 | 31.81 | 22.56 | 1,472.16 |
| 2 | 12/01/16 | 54.37 | 32.29 | 22.08 | 1,439.87 |
| 2016 Totals | | 108.74 | 64.10 | 44.64 | |
| 3 | 01/01/17 | 54.37 | 32.77 | 21.60 | 1,407.10 |
| 4 | 02/01/17 | 54.37 | 33.26 | 21.11 | 1,373.84 |
| 5 | 03/01/17 | 54.37 | 33.76 | 20.61 | 1,340.08 |
| 6 | 04/01/17 | 54.37 | 34.27 | 20.10 | 1,305.81 |
| 7 | 05/01/17 | 54.37 | 34.78 | 19.59 | 1,271.03 |
| 8 | 06/01/17 | 54.37 | 35.30 | 19.07 | 1,235.73 |
| 9 | 07/01/17 | 54.37 | 35.83 | 18.54 | 1,199.90 |
| 10 | 08/01/17 | 54.37 | 36.37 | 18.00 | 1,163.53 |
| 11 | 09/01/17 | 54.37 | 36.92 | 17.45 | 1,126.61 |
| 12 | 10/01/17 | 54.37 | 37.47 | 16.90 | 1,089.14 |
| 13 | 11/01/17 | 54.37 | 38.03 | 16.34 | 1,051.11 |
| 14 | 12/01/17 | 54.37 | 38.60 | 15.77 | 1,012.51 |
| 2017 Totals | | 652.44 | 427.36 | 225.08 | |
| 15 | 01/01/18 | 54.37 | 39.18 | 15.19 | 973.33 |
| 16 | 02/01/18 | 54.37 | 39.77 | 14.60 | 933.56 |
| 17 | 03/01/18 | 54.37 | 40.37 | 14.00 | 893.19 |
| 18 | 04/01/18 | 54.37 | 40.97 | 13.40 | 852.22 |
| 19 | 05/01/18 | 54.37 | 41.59 | 12.78 | 810.63 |
| 20 | 06/01/18 | 54.37 | 42.21 | 12.16 | 768.42 |
| 21 | 07/01/18 | 54.37 | 42.84 | 11.53 | 725.58 |
| 22 | 08/01/18 | 54.37 | 43.49 | 10.88 | 682.09 |
| 23 | 09/01/18 | 54.37 | 44.14 | 10.23 | 637.95 |
| 24 | 10/01/18 | 54.37 | 44.80 | 9.57 | 593.15 |
| 25 | 11/01/18 | 54.37 | 45.47 | 8.90 | 547.68 |
| 26 | 12/01/18 | 54.37 | 46.15 | 8.22 | 501.53 |
| 2018 Totals | | 652.44 | 510.98 | 141.46 | |
| 27 | 01/01/19 | 54.37 | 46.85 | 7.52 | 454.68 |
| 28 | 02/01/19 | 54.37 | 47.55 | 6.82 | 407.13 |
| 29 | 03/01/19 | 54.37 | 48.26 | 6.11 | 358.87 |
| 30 | 04/01/19 | 54.37 | 48.99 | 5.38 | 309.88 |
| 31 | 05/01/19 | 54.37 | 49.72 | 4.65 | 260.16 |
| 32 | 06/01/19 | 54.37 | 50.47 | 3.90 | 209.69 |
| 33 | 07/01/19 | 54.37 | 51.22 | 3.15 | 158.47 |
| 34 | 08/01/19 | 54.37 | 51.99 | 2.38 | 106.48 |
| 35 | 09/01/19 | 54.37 | 52.77 | 1.60 | 53.71 |
| 36 | 10/01/19 | 54.37 | 53.71 | 0.66 | 0.00 |
| 2019 Totals | | 543.70 | 501.53 | 42.17 | |
| Total | | 1,957.32 | 1,503.97 | 453.35 | 0.00 |



Utility Account Maintenance

Account Id: 2543 - 0  Type: 01  Section:
Prop Loc: 419 ARBUTUS AVE  Location Id: 2556  Notes Exist
Serv Loc:  Owner: MONTICELLO, DARRYL S & KRISTINE
City Id:  Block: 162  16  Bill To:
Alternate Id:

General  Additional  Water  Sewer  W/S Meter  Balances  Recent Activity  Location Accounts  Notes
Total Balances: Water  Sewer  Aged

| | Principal Balance | Interest | Total Balance | Current Due | Due as of 09/22/16 |
|---|---|---|---|---|---|
| Water | 611.61 | 65.07 | 676.68 | 676.68 | 676.68 |
| Sewer | 747.74 | 79.55 | 827.29 | 827.29 | 827.29 |
| Total | 1,359.35 | 144.62 | 1,503.97 | 1,503.97 | 1,503.97 |

NOTE: Due As of 09/22/16 amount includes principal due as of 09/22/16 plus interest due as of 11/01/16.

Last Utility Pymt 09/24/15
Interest Date
Interest Date: 11/01/16

Deposit Balance  Interest
.00  .00
Water  .00  .00
Sewer  .00  .00

Transfer Balance
Calculate Budget Amount
Calculate Installment Plan
Reverse Installment Plan

# EXHIBIT B

```
April 1, 2019                        POINT PLEASANT BEACH BOROUGH                    Page No: 1
03:17 PM                          Special Charges Amortization Schedule
```

```
Account Id:      2543    Balance Type: Water
Loan Date: 09/01/16      Loan Amount:     1,503.97
Interest Rate: 18.00             Name: MONTICELLO, DARRYL B & KRISTINE    Property Location: 419 ARBUTUS AVE.
Pay Frequency: Monthly        Address: 419 ARBUTUS AVE                         Block/Lot/Qual:    162.        16.
                                       PT PLEASANT BCH NJ  08742
```

| Install # | Due Date | Payment Amount | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|
| 1 | 09/01/16 | 54.37 | 31.81 | 22.56 | 1,472.16 |
| 2 | 10/01/16 | 54.37 | 32.29 | 22.08 | 1,439.87 |
| 3 | 11/01/16 | 54.37 | 32.77 | 21.60 | 1,407.10 |
| 4 | 12/01/16 | 54.37 | 33.26 | 21.11 | 1,373.84 |
| 2016 Totals | | 217.48 | 130.13 | 87.35 | |
| 5 | 01/01/17 | 54.37 | 33.76 | 20.61 | 1,340.08 |
| 6 | 02/01/17 | 54.37 | 34.27 | 20.10 | 1,305.81 |
| 7 | 03/01/17 | 54.37 | 34.78 | 19.59 | 1,271.03 |
| 8 | 04/01/17 | 54.37 | 35.30 | 19.07 | 1,235.73 |
| 9 | 05/01/17 | 54.37 | 35.83 | 18.54 | 1,199.90 |
| 10 | 06/01/17 | 54.37 | 36.37 | 18.00 | 1,163.53 |
| 11 | 07/01/17 | 54.37 | 36.92 | 17.45 | 1,126.61 |
| 12 | 08/01/17 | 54.37 | 37.47 | 16.90 | 1,089.14 |
| 13 | 09/01/17 | 54.37 | 38.03 | 16.34 | 1,051.11 |
| 14 | 10/01/17 | 54.37 | 38.60 | 15.77 | 1,012.51 |
| 15 | 11/01/17 | 54.37 | 39.18 | 15.19 | 973.33 |
| 16 | 12/01/17 | 54.37 | 39.77 | 14.60 | 933.56 |
| 2017 Totals | | 652.44 | 440.28 | 212.16 | |
| 17 | 01/01/18 | 54.37 | 40.37 | 14.00 | 893.19 |
| 18 | 02/01/18 | 54.37 | 40.97 | 13.40 | 852.22 |
| 19 | 03/01/18 | 54.37 | 41.59 | 12.78 | 810.63 |
| 20 | 04/01/18 | 54.37 | 42.21 | 12.16 | 768.42 |
| 21 | 05/01/18 | 54.37 | 42.84 | 11.53 | 725.58 |
| 22 | 06/01/18 | 54.37 | 43.49 | 10.88 | 682.09 |
| 23 | 07/01/18 | 54.37 | 44.14 | 10.23 | 637.95 |
| 24 | 08/01/18 | 54.37 | 44.80 | 9.57 | 593.15 |
| 25 | 09/01/18 | 54.37 | 45.47 | 8.90 | 547.68 |
| 26 | 10/01/18 | 54.37 | 46.15 | 8.22 | 501.53 |
| 27 | 11/01/18 | 54.37 | 46.85 | 7.52 | 454.68 |
| 28 | 12/01/18 | 54.37 | 47.55 | 6.82 | 407.13 |
| 2018 Totals | | 652.44 | 526.43 | 126.01 | |
| 29 | 01/01/19 | 54.37 | 48.26 | 6.11 | 358.87 |
| 30 | 02/01/19 | 54.37 | 48.99 | 5.38 | 309.88 |
| 31 | 03/01/19 | 54.37 | 49.72 | 4.65 | 260.16 |
| 32 | 04/01/19 | 54.37 | 50.47 | 3.90 | 209.69 |
| 33 | 05/01/19 | 54.37 | 51.22 | 3.15 | 158.47 |
| 34 | 06/01/19 | 54.37 | 51.99 | 2.38 | 106.48 |
| 35 | 07/01/19 | 54.37 | 52.77 | 1.60 | 53.71 |
| 36 | 08/01/19 | 54.37 | 53.71 | 0.66 | 0.00 |
| 2019 Totals | | 434.96 | 407.13 | 27.83 | |
| Total | | 1,957.32 | 1,503.97 | 453.35 | 0.00 |

# EXHIBIT C

Case 16-25565-KCF    Doc 120    Filed 06/27/19    Entered 06/27/19 09:30:15    Desc Main
Document    Page 19 of 19

```
April 1, 2019                         POINT PLEASANT BEACH BOROUGH                         Page No: 1
03:18 PM                              Special Charges Detail Inquiry
```

```
Account Id:    2543           Block/Lot/Qual:   162.    16.              Type: Water
Starting Date: 0              Ending Date: 04/01/19                      Loan Amount:   1,503.97
```

| Trans Date | Trans Type Check No Description | Install No. | Code | Principal | Install Interest | Interest | Prin Balance | Batch Id |
|---|---|---|---|---|---|---|---|---|
| | | | | | OPENING BALANCE | | 1,503.97 | |
| 09/01/16 | Installment | 1 | | 31.81 | 22.56 | 0.00 | 1,503.97 | |
| 10/01/16 | Installment | 2 | | 32.29 | 22.08 | 0.00 | 1,503.97 | |
| 11/01/16 | Installment | 3 | | 32.77 | 21.60 | 0.00 | 1,503.97 | |
| 12/01/16 | Installment | 4 | | 33.26 | 21.11 | 0.00 | 1,503.97 | |
| 01/01/17 | Installment | 5 | | 33.76 | 20.61 | 0.00 | 1,503.97 | |
| 02/01/17 | Installment | 6 | | 34.27 | 20.10 | 0.00 | 1,503.97 | |
| 03/01/17 | Installment | 7 | | 34.78 | 19.59 | 0.00 | 1,503.97 | |
| 04/01/17 | Installment | 8 | | 35.30 | 19.07 | 0.00 | 1,503.97 | |
| 05/01/17 | Installment | 9 | | 35.83 | 18.54 | 0.00 | 1,503.97 | |
| 06/01/17 | Installment | 10 | | 36.37 | 18.00 | 0.00 | 1,503.97 | |
| 07/01/17 | Installment | 11 | | 36.92 | 17.45 | 0.00 | 1,503.97 | |
| 08/01/17 | Installment | 12 | | 37.47 | 16.90 | 0.00 | 1,503.97 | |
| 09/01/17 | Installment | 13 | | 38.03 | 16.34 | 0.00 | 1,503.97 | |
| 10/01/17 | Installment | 14 | | 38.60 | 15.77 | 0.00 | 1,503.97 | |
| 11/01/17 | Installment | 15 | | 39.18 | 15.19 | 0.00 | 1,503.97 | |
| 12/01/17 | Installment | 16 | | 39.77 | 14.60 | 0.00 | 1,503.97 | |
| 01/01/18 | Installment | 17 | | 40.37 | 14.00 | 0.00 | 1,503.97 | |
| 02/01/18 | Installment | 18 | | 40.97 | 13.40 | 0.00 | 1,503.97 | |
| 03/01/18 | Installment | 19 | | 41.59 | 12.78 | 0.00 | 1,503.97 | |
| 03/07/18 | Payment 1st pyt fr trustee | 1 | 056 | 31.81 | 22.56 | 0.00 | 1,472.16 | JC |
| 03/07/18 | Payment 1st pyt fr trustee | 2 | 056 | 32.29 | 22.08 | 0.00 | 1,439.87 | JC |
| 03/07/18 | Payment 1st pyt fr trustee | 3 | 056 | 32.77 | 21.60 | 0.00 | 1,407.10 | JC |
| 03/07/18 | Payment 1st pyt fr trustee | 4 | 056 | 33.26 | 21.11 | 0.00 | 1,373.84 | JC |
| 03/07/18 | Payment 1st pyt fr trustee | 5 | 056 | 22.70 | 20.61 | 0.00 | 1,351.14 | JC |
| 04/01/18 | Installment | 20 | | 42.21 | 12.16 | 0.00 | 1,351.14 | |
| 05/01/18 | Installment | 21 | | 42.84 | 11.53 | 0.00 | 1,351.14 | |
| 06/01/18 | Installment | 22 | | 43.49 | 10.88 | 0.00 | 1,351.14 | |
| 07/01/18 | Installment | 23 | | 44.14 | 10.23 | 0.00 | 1,351.14 | |
| 08/01/18 | Installment | 24 | | 44.80 | 9.57 | 0.00 | 1,351.14 | |
| 09/01/18 | Installment | 25 | | 45.47 | 8.90 | 0.00 | 1,351.14 | |
| 10/01/18 | Installment | 26 | | 46.15 | 8.22 | 0.00 | 1,351.14 | |
| 11/01/18 | Installment | 27 | | 46.85 | 7.52 | 0.00 | 1,351.14 | |
| 12/01/18 | Installment | 28 | | 47.55 | 6.82 | 0.00 | 1,351.14 | |
| 01/01/19 | Installment | 29 | | 48.26 | 6.11 | 0.00 | 1,351.14 | |
| 02/01/19 | Installment | 30 | | 48.99 | 5.38 | 0.00 | 1,351.14 | |
| 03/01/19 | Installment | 31 | | 49.72 | 4.65 | 0.00 | 1,351.14 | |
| 04/01/19 | Installment | 32 | | 50.47 | 3.90 | 0.00 | 1,351.14 | |