UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Borough of Point Pleasant Beach
416 New Jersey Avenue
Point Pleasant Beach, NJ 08742
732-892-0435

Order Filed on July 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Darryl B. Monticello
dba Cello Builders Inc.

Case No.: 16-25565
Chapter: 13
Hearing Date: July 23, 2019
Judge: Michael B. Kaplan

## ORDER GRANTING MOTION FOR RELIEF FROM THE STAY

The relief set forth on the following page is **ORDERED**.

**DATED: July 23, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having reviewed the movant's Motion for Relief from the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is vacated to permit the Creditor to initiate or resume an action in the state court of New Jersey to take lawful action to collect the debt, including but not limited to, the placement of a lien against the debtor's real property located at 419 Arbutus Avenue, Point Pleasant Beach ;, NJ 08742 and to begin lawful foreclosure proceedings.

2. The attorney for the Creditor shall serve a copy of this order on the debtor, debtor's attorney, if any, the Office of the U. S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.