UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Borough of Point Pleasant Beach
416 New Jersey Avenue
Point Pleasant Beach, NJ 08742
732-892-0435

Order Filed on July 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Darryl B. Monticello
dba Cello Builders Inc.

Case No.: 16-25565
Chapter: 13
Hearing Date: July 23, 2019
Judge: Michael B. Kaplan

# ORDER GRANTING MOTION FOR RELIEF FROM THE STAY

The relief set forth on the following page is **ORDERED**.

DATED: July 23, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having reviewed the movant's Motion for Relief from the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is vacated to permit the Creditor to initiate or resume an action in the state court of New Jersey to take lawful action to collect the debt, including but not limited to, the placement of a lien against the debtor's real property located at 419 Arbutus Avenue, Point Pleasant Beach :, NJ 08742 and to begin lawful foreclosure proceedings.

2. The attorney for the Creditor shall serve a copy of this order on the debtor, debtor's attorney, if any, the Office of the U. S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 16-25565-MBK
Darryl B. Monticello                                                              Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 23, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.
db              Darryl B. Monticello,    419 Arbutus Dr,   Point Pleasant Beach, NJ   08742-3102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               SOLELY AS TRUSTEE HEREUNDER AND NOT IN ITS INDIVIDUAL CAPACITY FOR THE BENEFIT OF THE
               CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICAT dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS, Inc.
               Asset-Backed Certificates, Series 2006-11 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   Ally Servicing LLC ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Marc C Capone    on behalf of Debtor Darryl B. Monticello 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS,
               Inc. Asset-Backed Certificates, Series 2006-11 rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               SOLELY AS TRUSTEE HEREUNDER AND NOT IN ITS INDIVIDUAL CAPACITY FOR THE BENEFIT OF THE
               CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICAT rsolarz@kmllawgroup.com
              Sean D. Gertner, Esq.    on behalf of Creditor   Borough of Point Pleasant Beach
               sgertner@gertneresq.com
                                                                                             TOTAL: 10