Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.:  16−25565−MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darryl B. Monticello
   dba Cello Builders Inc.
   419 Arbutus Dr
   Point Pleasant Beach, NJ 08742−3102

Social Security No.:
   xxx−xx−5989

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/13/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 13, 2019
JAN: bwj

                                                                                      Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-25565-MBK
Darryl B. Monticello                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Nov 13, 2019
                              Form ID: 148             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db              Darryl B. Monticello,    419 Arbutus Dr,    Point Pleasant Beach, NJ  08742-3102
cr             +Borough of Point Pleasant Beach,    416 New Jersey Avenue,    Point Pleasant Beach, NJ 08742-3330
516368592      +302-304 Hawthorne Avenue, LLC,    c/o Kathleen R. Wall, Esq.,   2640 Highway 70, Suite 9A,
                 PO Box A,   Manasquan, NJ 08736-0631
516339020       Beaton Brothers Flooring Co.,    c/o Donna Thompson, Esq.,   469 Herbertsville Rd,
                 Brick, NJ  08724-1309
516339022       First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD  57104
516339023       Four Seasons Insulation Corp.,    260 E Main St,    Tuckerton, NJ  08087-2600
516339024       Kathleen Wall, Esq.,    PO Box A,   Manasquan, NJ  08736-0631
516339025       Pluese, Becker & Saltzman,    2000 Horizon Way Ste 900,    Mount Laurel, NJ  08054-4303
516339026       Point Pleasant Beach Borough,    416 New Jersey Ave.,    Point Pleasant Beach, NJ  08742-3330
517063021       The Bank of New York Mellon,    P.O. Box 65450, Salt Lake City, UT 84165
517063022      +The Bank of New York Mellon,    P.O. Box 65450, Salt Lake City, UT 84165,
                 The Bank of New York Mellon,    P.O. Box 65450, Salt Lake City, UT 84165-0450
516339027       US Bank Cust for PC5 Sterling,    50 S 16th St Ste 2050,    Philadelphia, PA  19102-2516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2019 00:49:35     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2019 00:49:32     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: GMACFS.COM Nov 14 2019 04:48:00     Ally Capital,    serviced by Ally Servicing LLC,
                 PO Box 130424,   Roseville, MN  55113-0004
cr              EDI: GMACFS.COM Nov 14 2019 04:48:00     Ally Financial,   PO Box 130424,
                 Roseville, MN  55113-0004
cr              EDI: GMACFS.COM Nov 14 2019 04:48:00     Ally Servicing LLC,   P.O. Box 130424,
                 Roseville, MN  55113-0004
516428483       EDI: GMACFS.COM Nov 14 2019 04:48:00     Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
516339018       EDI: GMACFS.COM Nov 14 2019 04:48:00     Ally Financial,   PO Box 380901,
                 Bloomington, MN  55438-0901
516339019       EDI: BANKAMER.COM Nov 14 2019 04:48:00     Bank of America Home Loans,   PO Box 5170,
                 Simi Valley, CA  93062-5170
516339021       EDI: CAPITALONE.COM Nov 14 2019 04:48:00     Capital One,   PO Box 30285,
                 Salt Lake City, UT  84130-0285
516410722       EDI: CAPITALONE.COM Nov 14 2019 04:48:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
516514792      +EDI: JEFFERSONCAP.COM Nov 14 2019 04:48:00     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
516519664       EDI: BANKAMER.COM Nov 14 2019 04:48:00     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,
                 Bank of America,   PO Box 31785,    Tampa, FL 33631-3785
516339028       EDI: WFFC.COM Nov 14 2019 04:48:00     Wells Fargo Bank Card,    PO Box 10438,
                 Des Moines, IA  50306-0438
516548005       EDI: WFFC.COM Nov 14 2019 04:48:00     Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517400000       The Bank of New York Mellon,    P. O. Box 65450, Salt Lake City, UT 8416
517400001       The Bank of New York Mellon,    P. O. Box 65450, Salt Lake City, UT 8416,
                 The Bank of New York Mellon,    P. O. Box 65450, Salt Lake City, UT 8416
                                                                                TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3         User: admin              Page 2 of 2              Date Rcvd: Nov 13, 2019
                             Form ID: 148             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:

```
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc.
           Asset-Backed Certificates, Series 2006-11 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           SOLELY AS TRUSTEE HEREUNDER AND NOT IN ITS INDIVIDUAL CAPACITY FOR THE BENEFIT OF THE
           CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICAT dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Servicing LLC ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Marc C Capone    on behalf of Debtor Darryl B. Monticello 5325@notices.nextchapterbk.com,
           docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS,
           Inc. Asset-Backed Certificates, Series 2006-11 rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           SOLELY AS TRUSTEE HEREUNDER AND NOT IN ITS INDIVIDUAL CAPACITY FOR THE BENEFIT OF THE
           CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICAT rsolarz@kmllawgroup.com
          Sean D. Gertner, Esq.    on behalf of Creditor    Borough of Point Pleasant Beach
           sgertner@gertneresq.com
                                                                                             TOTAL: 11
```